IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

V.                              No. 1:10-CR-10023
                                No. 1:12-CV-1116

JAMES CHRISTOPHER BAILEY                                                    MOVANT

## ORDER

Before the Court is the Report and Recommendation filed August 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Bryant recommends that John Christopher Bailey's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 36) be denied and dismissed. Judge Bryant further recommends that the Court should find that an appeal from dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Bailey's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 36) is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED**, this 14th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge